(408) 297-8750  #80100 & 80149
James J. Gold
Norma L. Hammes
GOLD and HAMMES, Attorneys
1570 The Alameda, Suite 223
San Jose, CA 95126
Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

Michael Sean Tarabochia

Debtor          /

Chapter 13
Case No. 09-5-2307 RLE

AMENDED MOTION TO MODIFY CHAPTER 13 PLAN

The Debtor respectfully requests that the Court modify the Chapter 13 plan as follows:

__X__ 1. With respect to the monthly plan payments of _$725_, those payments shall:
    __X__ be suspended for the months of _March 2010 through April 2010 (including 1 informal suspension totalling $725)_.
    _____ be increased to _____, effective _____.
    __X__ be decreased to _$400 x 6 months_, effective _May 2010_.
    _____ (other)

_____ 2. With regard to secured claims:
    _____ to treat the claim(s) of additional creditors as secured, as follows:
    _____ to change the treatment of certain secured claims, as follows:
    _____ to treat as unsecured, the claims of the following creditors which were previously treated as secured.

_____ 3. With regard to general unsecured claims, to change the dividend paid:
    _____ from _____% to _____%
    _____ from a pot plan* of $_____ to a pot plan* of $_____
    _____ from a percentage plan at _____% to a pot plan* of $_____
    _____ from a pot plan* of $_____ to a percentage plan at _____%

* A pot plan provides for a sum (as specified above) to be distributed pro rata, in amounts determined after allowed administrative, secured and priority unsecured claims are paid. The plan payments will continue at the highest monthly payment provided in the confirmed plan, as it may have been modified, as necessary to pay all allowed administrative, secured and priority unsecured claims within sixty (60) months of the original date of confirmation.

Other modifications:
_____ 4.

5. Debtor's reason(s) for requesting the above modification are:
The Debtor has been unemployed for several months now. Due to lack of income the Debtor incurred additional expenses in connection with car repairs and family law legal representation. The Debtor believes that he will be able to afford the reduced plan payments, as proposed.

6. The plan, if modified, would be completed within sixty (60) months from commencement of the case.

WHEREFORE, the Debtor requests that the Court modify the Chapter 13 plan as set forth above.

Dated: _6-23-10_

                                                                   _Norma Hammes_
                                                                   Attorney for Debtor