

1 | DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
2 | P O BOX 50013
SAN JOSE, CA 95150-0013

The following constitutes
the order of the court. Signed January 5, 2012

3
4 | Telephone: (408) 354-4413
Facsimile: (408) 354-5513

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

5 | Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:                                ) Chapter 13
                                      )
MICHAEL SEAN TARABOCHIA               ) Case No. 09-52307 SLJ
                                      )
                                      ) **ORDER CONFIRMING MODIFIED**
                                      ) **CHAPTER 13 PLAN**
                       Debtor         )

Upon consideration of Debtor's APPLICATION/MOTION TO MODIFY CHAPTER 13 PLAN filed with the court on November 30, 2011, and good cause appearing therefore;

IT IS ORDERED that the modified plan filed on November 30, 2011 is confirmed.

* * * END OF ORDER * * *

The Chapter 13 Trustee has reviewed the Application or Motion to Modify Chapter 13 Plan and if applicable, the Amended Schedules I and J, and has no opposition thereto.

Dated: January 04, 2012          /s/ DEVIN DERHAM-BURK
                                 _____
                                 (SH     )

## COURT SERVICE LIST

Case Name:   MICHAEL SEAN          Case No.:  09-52307 SLJ
TARABOCHIA

Registered ECF Participants will receive an electronically mailed copy of the foregoing document.

Non-registered parties, and/or those not represented by a registered ECF participant:

NONE