James J. Gold, #80100
Norma L. Hammes, #80149
Jessica A. Begeman, #264853
GOLD and HAMMES, Attorneys
1570 The Alameda #223
San Jose, CA 95126
(408) 297-8750
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

Michael Sean Tarabochia

Debtor_____/

Chapter 13
Case No. 09-5-2307 SLJ

MOTION TO MODIFY CHAPTER 13 PLAN

The Debtor respectfully requests that the Court modify the Chapter 13 plan as follows:

_____ 1. With respect to the monthly plan payments of _____, those payments shall:
  _____ be suspended for the months of _____.
  _____ be increased to _____, effective _____.
  _____ be decreased to _____, effective _____.
  _____ (other)

  X   2. With regard to secured claims:
  _____ to treat the claim(s) of additional creditors as secured, as follows:
  _____ to change the treatment of certain secured claims, as follows:
  _X_ to treat as unsecured, the claims of the following creditors which were previously treated as secured.
  GE Money Bank - Honda Card re 2005 Honda ATV & Trailer.

_____ 3. With regard to general unsecured claims, to change the dividend paid:
  _____ from _____ % to _____ %
  _____ from a pot plan* of $_____ to a pot plan* of $_____
  _____ from a percentage plan at _____ % to a pot plan* of $_____
  _____ from a pot plan* of $_____ to a percentage plan at _____ %

  X   4. Other modifications:
  Debtor surrenders the 2005 Honda ATV & Trailer to secured creditor GE Money Bank - Honda Card and waives protections of 11 U.S.C. 362 to the extent necessary to allow said creditor to dispose of said security. Said creditor shall account for the proceeds of the disposition and may file a general unsecured claim for any deficiency within thirty days of disposition.

  5. Debtor's reason(s) for requesting the above modification are:
  The payments necessary to retain the vehicle are not affordable and the Debtor is willing to surrender it to the creditor.

  6. The plan, if modified, would be completed within sixty (60) months from commencement of the case.

WHEREFORE, the Debtor requests that the Court modify the Chapter 13 plan as set forth above.

Dated: 10-28-13

Norma Hammes
Attorney for Debtor