

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

The following constitutes
the order of the court. Signed November 22, 2013

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In Re: ) | Chapter 13 |
| ) | |
| MICHAEL SEAN TARABOCHIA ) | Case No. 09-52307 SLJ |
| ) | |
| ) | **ORDER CONFIRMING MODIFIED** |
| ) | **CHAPTER 13 PLAN** |
| Debtor ) | |

Upon consideration of Debtor's APPLICATION/MOTION TO MODIFY CHAPTER 13 PLAN filed with the court on October 29, 2013, and good cause appearing therefore;

IT IS ORDERED that the modified plan filed on October 29, 2013 is confirmed.

* * * END OF ORDER * * *

The Chapter 13 Trustee has reviewed the Application or Motion to Modify Chapter 13 Plan and if applicable, the Amended Schedules I and J, and has no opposition thereto.

Dated: November 21, 2013         /s/ DEVIN DERHAM-BURK
                                 _____
                                 (EG       )

# COURT SERVICE LIST

Case Name:     MICHAEL SEAN TARABOCHIA

Case No.:  09-52307 SLJ

Registered ECF Participants will receive an electronically mailed copy of the foregoing document.

Non-registered parties, and/or those not represented by a registered ECF participant:

MICHAEL SEAN TARABOCHIA
1340 CHIGNAHAUPAN WAY
ROSEVILLE, CA  95747